1  William A. Isaacson (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C.  20015
3  Telephone:  (202) 237-2727
   Facsimile:   (202) 237-6131
4  Email:  wisaacson@bsfllp.com

5  Philip J. Iovieno (admitted *pro hac vice*)
   Anne M. Nardacci (admitted *pro hac vice*)
6  Christopher V. Fenlon (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
7  10 North Pearl Street, 4th Floor
   Albany, NY  12207
8  Telephone:  (518) 434-0600
   Facsimile:   (518) 434-0665
9  Email: piovieno@bsfllp.com
           anardacci@bsfllp.com
10          cfenlon@bsfllp.com

11 *Counsel for Plaintiffs*
   INTERBOND CORPORATION OF AMERICA;
12 P.C. RICHARD & SON LONG ISLAND CORPORATION;
   MARTA COOPERATIVE OF AMERICA, INC.; AND
13 ABC APPLIANCE, INC.

14 [Additional Counsel Listed on Signature Page]

15              **UNITED STATES DISTRICT COURT**
16              **NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| 18  In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case Nos. 3:11-cv-03763-SI (N.D. Cal.); 3:11-cv-04119-SI (N.D. Cal.) |
| 19 | |
| 20  This Document Relates To Individual Case Nos. 3:11-cv-03763-SI (N.D. Cal.); 3:11-cv-04119-SI (N.D. Cal.) | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| 21 | MDL No. 1827 |
| 22  INTERBOND CORPORATION OF AMERICA, | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [~~PROPOSED~~] ORDER** |
| 23        Plaintiff, | |
| 24     vs. | |
| 25  AU OPTRONICS CORPORATION, et al., | |
| 26        Defendants. | |
| 27 | |
| 28 | |

1   P.C. RICHARD & SON LONG ISLAND
    CORPORATION; MARTA
2   COOPERATIVE OF AMERICA, INC. and
    ABC APPLIANCE, INC.
3
4              Plaintiffs,

5       vs.

6   AU OPTRONICS CORPORATION, et al.,

7              Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, plaintiffs Interbond Corporation of America d/b/a BrandsMart USA
2  ("BrandsMart") and P.C. Richard & Son Long Island Corporation, MARTA Cooperative of
3  America, Inc. and ABC Appliance, Inc. ("collectively, PC Richard Plaintiffs") filed complaints in
4  the above-captioned cases against AU Optronics Corporation, AU Optronics Corporation America,
5  Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd.,
6  Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display
7  Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG
8  Display Co., Ltd., LG Display America, Inc. Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (USA),
9  Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics
10  America, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., Inc., Samsung
11  Semiconductor, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics
12  Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc.,
13  Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display
14  Co., Ltd. (collectively, "Stipulating Defendants") on June 3, 2011 and June 15, 2011, respectively
15  ("Complaints");

16    WHEREAS, BrandsMart and PC Richard Plaintiffs wish to avoid the burden and expense
17  of serving process on the Stipulating Defendants;

18    WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to
19  the Complaints; and

20    WHEREAS, BrandsMart, PC Richard Plaintiffs and the Stipulating Defendants believe
21  that proceeding on a unified response date will create efficiency for the Court and the parties.

22    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
23  undersigned counsel, on behalf of their respective clients, BrandsMart and PC Richard Plaintiffs,
24  on the one hand, and the Stipulating Defendants, on the other hand, as follows:

25    1.    The Stipulating Defendants waive service of the Complaints under Federal Rule of
26  Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Stipulating Defendants
27  of any other substantive or procedural defense, including but not limited to the defenses of lack of
28  personal or subject matter jurisdiction and improper venue.

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE                    1
AND [PROPOSED] ORDER.

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

2.      The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaints will be ninety (90) days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

DATED:  July 8, 2011

_____/s/ William A. Isaacson_____
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
          anardacci@bsfllp.com
          cfenlon@bsfllp.com

Stuart H. Singer (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile:  (954) 356-0022
Email:  ssinger@bsfllp.com

*Counsel for Plaintiffs*
*Interbond Corporation of America, P.C. Richard & Son*
*Long Island Corporation, MARTA Cooperative of*
*America, Inc. and ABC Appliance, Inc.*

_____/s/ Christopher A. Nedeau_____
Christopher A. Nedeau (CA Bar No. 81297)
Carl L. Blumenstein (CA Bar No. 124158)
Katharine Chao (CA Bar No. 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*
*kchao@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and*
*AU Optronics Corporation America*

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE
AND [PROPOSED] ORDER.

2

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____/s/ Neal A. Potischman_____
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (admitted pro hac vice)
Bradley R. Hansen (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

_____/s/ Stephen P. Freccero_____
Melvin R. Goldman (CA Bar No. 34097)
Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*mgoldman@mofo.com*
*sfreccero@mofo.com*
*dforan@mofo.com*

*Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*

1
                /s/ Ramona M. Emerson

2
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)

3
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP

4
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

5
(206) 623-7580 (Phone)
(206) 370-6371 (Facsimile)

6
*romana.emerson@klgates.com*

7
Jeffrey L. Bornstein, (CA State Bar No. 99358)

8
K&L GATES LLP
Four Embarcadero Center, Suite 1200

9
San Francisco, CA  94111
Phone: (415) 249-1059

10
Fax:    (415) 882-8220

11
*Counsel for Defendant HannStar Display Corporation*

12
            /s/ Kent M. Roger

13
Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)

14
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower

15
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)

16
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*

17
*mkim-szrom@morganlewis.com*
*jennifer.calvert@morganlewis.com*

18

19
*Counsel for Defendants Hitachi, Ltd., Hitachi Displays,
Ltd. and Hitachi Electronic Devices (USA), Inc.*

20
           /s/ Michael R. Lazerwitz

21
Michael R. Lazerwitz, Esq.
Lee F. Berger, Esq.

22
CLEARY GOTTLIEB STEEN &
HAMILTON LLP

23
2000 Pennsylvania Avenue, NW
Washington, DC 20006

24
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

25
Email: mlazerwitz@cgsh.com
        lberger@cgsh.com

26
*Counsel for Defendants LG Display Co. Ltd.
and LG Display America, Inc.*

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                /s/ Michael E. Mumford

Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendant Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*

                /s/ George D. Niespolo

George D. Niespolo (CA Bar No. 72107)
Stephen H. Sutro (CA Bar No. 172168)
DUANE MORRIS LLP
1 Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
(415) 957-3000 (Phone)
(415) 957-3001 (Facsimile)
gdniespolo@duanemorris.com
shsutro@duanemorris.com

*Counsel for Defendants NEC Corporation of America, NEC Display Solutions of America, Inc., and NEC Electronics America, Inc.*

1

                    /s/ Neil K. Roman
          Robert D. Wick (Pro hac vice)
2         Derek Ludwin (Pro hac vice)
          Neil K. Roman (Pro hac vice)
3         COVINGTON & BURLING LLP
          1201 Pennsylvania Avenue, N.W.
4         Washington, DC 20004
          (202) 662-6000 (Phone)
5         (202) 662-6291  (Facsimile)
          *rwick@cov.com*
6         *dludwin@cov.com*
          *nroman@cov.com*
7
          Simon J. Frankel
8         Jeffrey Michael Davidson
          COVINGTON & BURLING LLP
9         One Front Street
          San Francisco, CA 94111
10        415-591-6000
          Fax: 415-591-6091
11        Email: sfrankel@cov.com
                 jdavidson@cov.com
12
          *Counsel for Defendants Samsung*
13        *Semiconductor, Inc., Samsung Electronics*
          *Co., Ltd., and Samsung Electronics America, Inc.*
14

15                  /s/ Allison A. Davis
          Allison A. Davis (CA Bar No. 139203)
16        DAVIS WRIGHT TREMAINE LLP
          505 Montgomery Street, Suite 800
17        San Francisco, CA 94111-6533
          (415) 276-6500 (Phone)
18        (415) 276-6599 (Facsimile)
          *allisondavis@dwt.com*
19
          Nick S. Verwolf (*pro hac vice*)
20        DAVIS WRIGHT TREMAINE LLP
          777 – 108th Ave. N.E., Suite 2300
21        Bellevue, WA  98004
          (425) 646-6125 (Phone)
22        (425) 646-6199 (Facsimile)
          *nickverwolf@dwt.com*
23

24        *Counsel for Defendant Sanyo Consumer Electronics Co.,*
          *Ltd.*
25

26

27

28

```
 1                                    /s/ Jacob R. Sorensen
                            John M. Grenfell (CA Bar No. 88500)
 2                          Jacob R. Sorensen (CA Bar No. 209134)
                            Fusae Nara (pro hac vice)
 3                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                            50 Fremont Street
 4                          San Francisco, CA 94105
                            (415) 983-1000 (Phone)
 5                          (415) 983-1200 (Facsimile)
                            john.grenfell@pillsburylaw.com
 6                          jake.sorensen@pillsburylaw.com
                            fusae.nara@pillsburylaw.com
 7
 8                          Counsel for Defendants Sharp Corporation and Sharp
                            Electronics Corporation
 9
                                      /s/ Rachel S. Brass
10                          Rachel S. Brass
                            GIBSON, DUNN & CRUTCHER LLP
11                          555 Mission Street, Suite 3000
                            San Francisco, CA 94105-2933
12                          (415) 393-8200 (Phone)
                            (415) 393-8306 (Facsimile)
13                          rbrass@gibsondunn.com
14                          Counsel for Defendant Tatung Company of America, Inc.
15                                    /s/ John H. Chung
16                          John H. Chung
                            WHITE & CASE LLP
17                          1155 Avenue of the Americas
                            New York, NY 10036-2787
18                          (212) 819-8200 (Phone)
                            (212) 354-8113 (Facsimile)
19                          jchung@whitecase.com
20                          Counsel for Defendants Toshiba Corporation, Toshiba
                            America Electronic Components, Inc., Toshiba America
21                          Information Systems, Inc., and Toshiba Mobile Display
                            Co., Ltd.
22
23            Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
24   this document has been obtained from stipulating defendants.
25
26
27
28
```

1     **IT IS SO ORDERED.**

2

3     Dated: _____8/25_____, 2011

4

5                        Susan Illston, United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28